# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Warren Frank Stafford,** | ) |
|     **Plaintiff,** | ) CV-09-363-TUC-DCB |
| vs. | ) ORDER |
| **Charles Ryan, et al.,** | ) |
|     **Defendants.** | ) |

Magistrate Judge Bowman issued her Report and Recommendation on October 9, 2012, recommending that the District Court deny the Petition for Writ of Habeas Corpus and dismiss the action with prejudice. A copy was sent to all parties on October 9, 2012, notifying all parties that written objections must be filed within fourteen days of service. 28 U.S.C. §636(b). No objections to the Magistrate Judge's Report and Recommendation have been filed. Consequently, any objections that have not been raised are waived and will not be addressed by the Court.

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Bowman's Report and Recommendation (Doc. 27) is **ACCEPTED** and **ADOPTED** by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** and this action is dismissed with prejudice. A Final Judgment shall enter separately.

DATED this 30th day of October, 2012.

David C. Bury
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28